# OFFICE OF THE CIRCUIT MEDIATOR
## UNITED STATES COURT OF APPEALS
### FOR THE FOURTH CIRCUIT

**THOMAS F. BALL III**
CHIEF CIRCUIT MEDIATOR
PALMYRA, VIRGINIA

**EDWARD G. SMITH**
CIRCUIT MEDIATOR
106 RIVER FALLS DRIVE
DUNCAN, SC 29334
(864) 433-1511
FAX (864) 433-1519
Edward_Smith@ca4.uscourts.gov

**DONNA S. HART**
SENIOR RESIDENT CIRCUIT
MEDIATOR
DURHAM, NORTH CAROLINA

**FRANK C. LANEY**
CIRCUIT MEDIATOR
CARY, NORTH CAROLINA

May 30, 2014

Re: 14-1439, Paula Szyjka v. Peter Vandermeer

## NOTICE OF RESCHEDULED MEDIATION

Dear Counsel:

This letter will confirm that the mediation conference has been rescheduled for June 5, 2014 at 9:00am EASTERN time.

Thank you for your assistance in this matter.

Sincerely,

Edward G. Smith
Circuit Mediator

Copies:  Nicole Angelique McCarus
John T. Sly
Andrew Edward Vernick