### In the U.S. Court of Appeals
### For the Fourth Circuit

| | |
|---|---|
| PAULA SZYJKA | * |
| v. | *   Case No. 14-1439 |
| PETER VANDERMEER | * |

\*   \*   \*   \*   \*   \*   \*   \*

## CONSENT MOTION TO MODIFY BRIEFING SCHEDULE

Appellants, Roman and Paula Szyjka, by and through counsel, James O'C Gentry, Emily C. Malarkey, and Salsbury, Clements, Bekman, Marder & Adkins LLC, hereby move with the consent of the Appellees to modify the briefing schedule in this appeal, and state as follows:

1. This Appeal and the briefing schedule in it were docketed on May 5, 2014. Under the briefing Order issued July 30, 2014, the Appendix and Appellants' Opening Brief are due on September 8, 2014, and Appellees' Brief is due on October 14, 2014.

2. For personal reasons, including a residential move and a previously-scheduled shoulder surgery, Appellants' counsel request that the briefing schedule be modified to allow Appellants approximately 6 additional weeks, or until October 24, 2014, to file their Brief and the Appendix, and a corresponding extension of until December 1, 2014 for Appellees to file their Briefs.

3. Counsel for Appellants have corresponded with counsel for

Appellees, who have indicated that they consent to the requested extension.

4.  This request is made in good faith and for good cause, and will not prejudice any party.

WHEREFORE, Appellants request that this Court grant their Consent Motion to Modify Briefing Schedule, and extend the deadline for filing of the Appellants' Opening Brief and the Appendix until October 24, 2014, and further extend the deadline for filing of Appellees' Brief until December 1, 2014.

      /s/
James O'C Gentry
Emily C. Malarkey
Salsbury, Clements, Bekman, Marder
    & Adkins, L.L.C
300 West Pratt Street, Suite 450
Baltimore, Maryland 21201
410-539-6633
*Attorneys for Appellants*