FILED: August 6, 2014

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 14-1439

(1:12-cv-02834-RDB)

_____

ROMAN SZYJKA, Individually; ROMAN AND PAULA SZYJKA, As Husband and Wife

        Plaintiffs - Appellants

v.

PETER VANDERMEER, M.D.; ADVANCED RADIOLOGY, P.A.; BALTIMORE WASHINGTON MEDICAL CENTER, INC.

        Defendants - Appellees

and

MIB PARTNERSHIP, LLP

        Defendant

_____

O R D E R

_____

The court grants an extension of the briefing schedule as follows:

Appendix due: 10/24/2014

Opening brief due: 10/24/2014

Response brief due: 12/01/2014

Any reply brief: 14 days from service of response brief.

                        For the Court--By Direction

                        <u>/s/ Patricia S. Connor, Clerk</u>